IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE GREGORY, as Special Administrator
of the Estate of Cynthia Gregory,
Deceased and WRONGFUL DEATH
BENEFICIARIES                                                      PLAINTIFF

v.                    No. 4:25-cv-390-DPM

UNIVERSITY MARKHAM HOLDINGS,
LLC; JONES LANG LASALLE
AMERICAS, INC., d/b/a LaSalle Partners
Management Services, Inc.; UNIVERSAL
PROTECTION SERVICE, LLC, d/b/a
Allied Universal Security Services, LLC;
JOHN DOES 1–3; and JOHN DOE
ENTITIES 1–3                                                       DEFENDANTS

ORDER

Joint motion for Protective Order, *Doc. 14*, granted as modified. A Protective Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2025